# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DES MOINES MIDWIFE COLLECTIVE, CAITLIN HAINLEY, and EMILY ZAMBRANO-ANDREWS, <br><br> Plaintiffs, <br> v. <br><br> IOWA HEALTH FACILITIES COUNCIL, HAROLD MILLER, AARON DEJONG, KELLY BLACKFORD, and BRENDA PERRIN. <br><br> Defendants. | Case No. 4:23-CV-00067-SMR-HCA <br><br><br><br> **PLAINTIFFS' STATUS REPORT** |

Plaintiffs Des Moines Midwife Collective, Caitlin Hainley and Emily Zambrano-Andrews, by counsel, hereby state there are no proposed matters for discussion at the upcoming status conference on January 4, 2024. Plaintiffs' counsel have reached out to Defendants, and counsel for the Defendants has indicated they have nothing to add at this time.

DATED: January 2, 2023.

                                                         Respectfully submitted,

                                                         */s/ Wilson C. Freeman*
                                                         WILSON C. FREEMAN*
                                                         Arizona Bar No. 036953
                                                         PACIFIC LEGAL FOUNDATION
                                                         555 Capitol Mall, Suite 1290
                                                         Sacramento, CA 95814
                                                         Telephone: (916) 419-7111
                                                         wfreeman@pacificlegal.org

                                                         GLENN E. ROPER*
                                                         Colorado Bar No. 38723
                                                         PACIFIC LEGAL FOUNDATION

1745 Shea Center Dr., Ste. 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
geroper@pacificlegal.org

ALAN R. OSTERGREN
President and Chief Counsel
THE KIRKWOOD INSTITUTE, INC.
500 Locust Street, Suite 199
Des Moines, Iowa 50309
Telephone: (515) 207-0134
alan.ostergren@kirkwoodinstitute.org

*Counsel for Plaintiffs Des Moines Midwife Collective, Caitlin Hainley, and Emily Zambrano-Andrews*

*Pro Hac Vice*

## CERTIFICATE OF SERVICE

  The forgoing document has been filed with the court's ECF system on January 2, 2023, and notice of service has been provided to the following:

TESSA M. REGISTER
Assistant Solicitor General
DAVID M. RANSCHT
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 East Walnut St., Second Fl.
Des Moines, Iowa 50319
Tessa.Register@ag.iowa.gov
David.Ranscht@ag.iowa.gov

*Counsel for Defendants Iowa Health Facilities Council,*
*Harold Miller, Aaron DeJong, Kelly Blackford, and Brenda Perrin*

             */s/ Wilson C. Freeman*
             WILSON C. FREEMAN