# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DES MOINES MIDWIFE COLLECTIVE, CAITLIN HAINLEY, and EMILY ZAMBRANO-ANDREWS,<br><br>    Plaintiffs,<br>v.<br><br>IOWA HEALTH FACILITIES COUNCIL, HAROLD MILLER, AARON DEJONG, KELLY BLACKFORD, and BRENDA PERRIN.<br><br>    Defendants. | Case No. 4:23-CV-00067-SMR-HCA<br><br><br><br><br>**PLAINTIFFS' STATUS REPORT** |

Plaintiffs Des Moines Midwife Collective, Caitlin Hainley, and Emily Zambrano-Andrews, by counsel, hereby provide an update regarding the pending case. Written discovery has been completed, and Defendants have scheduled depositions for the end of May and beginning of June.

Plaintiffs have consulted with Defendants, and they have indicated they have nothing to add at this time.

DATED: May 9, 2024

                                                Respectfully submitted,

                                                 */s/ Wilson C. Freeman*
                                                WILSON C. FREEMAN*
                                                Arizona Bar No. 036953
                                                PACIFIC LEGAL FOUNDATION
                                                555 Capitol Mall, Suite 1290
                                                Sacramento, CA 95814
                                                Telephone: (916) 419-7111
                                                wfreeman@pacificlegal.org

GLENN E. ROPER*
Colorado Bar No. 38723
PACIFIC LEGAL FOUNDATION
1745 Shea Center Dr., Ste. 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
geroper@pacificlegal.org

ALAN R. OSTERGREN
President and Chief Counsel
THE KIRKWOOD INSTITUTE, INC.
500 Locust Street, Suite 199
Des Moines, Iowa 50309
Telephone: (515) 207-0134
alan.ostergren@kirkwoodinstitute.org

*Counsel for Plaintiffs Des Moines Midwife Collective, Caitlin Hainley, and Emily Zambrano-Andrews*

*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The forgoing document has been filed with the court's ECF system on May 9, 2024, and notice of service has been provided to the following:

DAVID M. RANSCHT
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 East Walnut St., Second Fl.
Des Moines, Iowa 50319
David.Ranscht@ag.iowa.gov

*Counsel for Defendants Iowa Health Facilities Council,*
*Harold Miller, Aaron DeJong, Kelly Blackford, and Brenda Perrin*

                                                    */s/ Wilson C. Freeman*
                                                    WILSON C. FREEMAN