# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DES MOINES MIDWIFE COLLECTIVE, CAITLIN HAINLEY, and EMILY ZAMBRANO-ANDREWS,<br><br>    Plaintiffs,<br>v.<br><br>IOWA HEALTH FACILITIES COUNCIL, HAROLD MILLER, AARON DEJONG, KELLY BLACKFORD, and BRENDA PERRIN.<br><br>    Defendants. | Case No. 4:23-CV-00067-SMR-HCA<br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF EMILY ZAMBRANO-ANDREWS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Emily Zambrano-Andrews voluntarily dismisses all of her claims in the above-captioned action. This voluntary dismissal does not include any claims raised by the other Plaintiffs in this action.

DATED May 9, 2024.

Respectfully submitted,

  */s/ Wilson C. Freeman*
WILSON C. FREEMAN*
Arizona Bar No. 036953
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
wfreeman@pacificlegal.org

ALAN R. OSTERGREN
President and Chief Counsel
THE KIRKWOOD INSTITUTE, INC.
500 Locust Street, Suite 199
Des Moines, Iowa 50309

Telephone: (515) 207-0134
alan.ostergren@kirkwoodinstitute.org

GLENN E. ROPER*
Colorado Bar No. 38723
PACIFIC LEGAL FOUNDATION
1745 Shea Center Dr., Ste. 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
geroper@pacificlegal.org

*Counsel for Plaintiffs*

*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The forgoing document has been filed with the court's ECF system on May 9, 2024 and notice of service has been provided to the following:

DAVID M. RANSCHT
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 East Walnut St., Second Fl.
Des Moines, Iowa 50319
David.Ranscht@ag.iowa.gov

*Counsel for Defendants Iowa Health Facilities Council,
Harold Miller, Aaron DeJong, Kelly Blackford, and Brenda Perrin*

                                              */s/ Wilson C. Freeman*
                                              WILSON C. FREEMAN