# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 12, 2024

Wilson C. Freeman
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA  95814

RE:  24-3524 Des Moines Midwife Collective, LLC, et al v. Iowa Health Facilities Council, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                            Maureen W. Gornik
                                            Acting Clerk of Court

CJO

Enclosure(s)

cc:      Lindsey Browning
          Clerk, U.S. District Court, Southern Iowa
          Jennifer Klein
          Alan R. Ostergren
          Glenn Evans Roper

          District Court/Agency Case Number(s):   4:23-cv-00067-SMR

**Caption For Case Number:   24-3524**

Des Moines Midwife Collective, LLC; Caitlin Hainley

    Plaintiffs - Appellants

v.

Iowa Health Facilities Council; Aaron DeJong; Kelly Blackford; Jeremy Kidd; Arnold Delbridge; Masami Knox

    Defendants - Appellees

**Addresses For Case Participants:   24-3524**

Wilson C. Freeman
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA  95814

Lindsey Browning
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Jennifer Klein
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA  50309

Glenn Evans Roper
PACIFIC LEGAL FOUNDATION
Suite 400
1745 Shea Center Drive
Highlands Ranch, CO  80129