# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3524

_____

Des Moines Midwife Collective, LLC; Caitlin Hainley

Plaintiffs - Appellants

v.

Iowa Health Facilities Council; Aaron DeJong; Kelly Blackford; Jeremy Kidd; Arnold Delbridge; Masami Knox

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00067-SMR)

_____

## JUDGMENT

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

Appellants' motion to dismiss the appeal is granted. The district court's judgment is vacated pursuant to *United States v. Munsingwear*, 340 U.S. 36 (1950).

June 02, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Susan E. Bindler